UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| KELLY A WALSH & | ) | Case No: 21-11315-ELF |
| COLLEEN M EVANS | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**TRUSTEE'S NOTICE OF CHANGE FROM NO-ASSET TO ASSET
AND REQUEST TO THE CLERK TO FIX BAR DATE
TO FILE CLAIMS AGAINST THE ESTATE**

Gary F. Seitz, the duly appointed and acting Chapter 7 Trustee herein, Gary F. Seitz, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate.

Dated: July 29, 2021

/s/ Gary F. Seitz

Gary F. Seitz
Chapter 7 Trustee
Gellert Scali Busenkell & Brown, LLC
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103
Telephone: (215) 238-0011
gseitz@gsbblaw.com